```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                      JUN - 6 2014

                              CENTRAL DISTRICT OF CALIFORNIA
                              EASTERN DIVISION    BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Vincent Ebel Chuk wm ) <br> Anya Kora Defendant. ) <br> ) | Case No.: 2:08 CR 1291 GW <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 <br> U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    • UNKNOWN BAIL RESOURCES
    • UNKNOWN BACKGROUND
    • UNDERLYING ALLEGATION OF ABSCONDING
    • SUBMISSION TO DETENTION

and/or

B.  ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/6/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge